# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2641
LT Case No. 2000-000323-CF

_____

JOHNNY LEE WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Johnny Lee Williams, Orlando, pro se.

No Appearance for Appellee.

December 9, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____